UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

VS.  CASE NUMBER: 3:15CR45-SA

DONOVAN LIPICH  DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE**<br>**ABERDEEN, MISSISSIPPI** | **COURTROOM 1 - THIRD FLOOR**<br>**WEDNESDAY, DECEMBER 2, 2015, 3:00 P.M.**<br>**Date and Time** |

**Type of Proceeding**

**SENTENCING AS TO COUNT ONE OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

BY:  /s/ Ginger Sisk
Ginger Sisk- Courtroom Deputy

Date:  October 29, 2015

To:  George L. Lucas  (electronic notice only)        Susan Spears Bradley (electronic notice only)
U. S. Probation Service (electronic notice only)     U. S. Marshal (electronic notice only)

**CONTACT GINGER SISK  AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**